

We have before us what purports to be a statement of facts adduced on a hearing of appellant's motion in arrest of judgment. It does not bear the approval of the trial judge or of counsel.

Under the provisions of Article 759a, Vernon's Ann.C.C.P., a statement of facts must be agreed to by the defendant or his counsel and the attorney for the State, if it is not approved by the trial judge. Section 6 of the Act provides that the statute shall apply to all statements of fact relating to any motion heard in the case.

The statement of facts before us therefore cannot be considered.

The proceedings appearing regular and nothing being presented for our review, the judgment is now affirmed.

WOODLEY, Judge.

The offense is driving a motor vehicle while intoxicated. Appellant waived a jury and entered his plea of not guilty before the court. He was found guilty and his punishment assessed at a fine of $50.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear to be regular.

The judgment is affirmed.

## GUTHRIE v. STATE.
### No. 26428.

Court of Criminal Appeals of Texas.

May 13, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

## PATMAN v. STATE.
### No. 26426.

Court of Criminal Appeals of Texas.

May 13, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.